# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 27 PM 3: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| WALTER SPIRES, as Successor in Interest to Harmos Orthopedics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> THORTEX, INC. and VIPER TECHNOLOGIES, LLC, d/b/a THORTEX, <br><br> Defendants. | No. 05-2343-MA V <br> JURY DEMANDED |

## ORDER GRANTING MOTION OF DEFENDANTS FOR ENLARGEMENT OF TIME WITHIN WHICH TO MOVE, PLEAD OR OTHERWISE RESPOND TO COMPLAINT

IT APPEARS to the Court, based on the Motion of Defendants for Enlargement of Time Within Which to Move, Plead, or Otherwise Respond to Complaint, the accompanying Memorandum, and the entire record in this cause, the Motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants shall have an additional thirty (30) days, which shall be through June 27, 2005, to move, plead, or otherwise respond to the Complaint.

_Diane K. Vescovo_
U.S. ~~DISTRICT~~ Magistrate JUDGE
Date: May 26, 2005

M MBM 881342 v1
2616900-000018 05/25/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-2-05

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02343 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT