IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 26 AM 10: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

WALTER SPIRES, as successor in
interest to Harmos Orthopaedics, Inc.

    Plaintiff,

vs.

THORTEX, INC. and VIPER TECHNOLOGIES, LLC,
d/b/a THORTEX

    Defendants.

No. 05-2343-MA V
<u>JURY DEMANDED</u>

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

The Court, having considered the Plaintiff's Unopposed Motion for Leave to File First Amended Complaint, is of the opinion that same is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff is hereby granted leave to file a First Amended Complaint in the form attached to his motion as Exhibit A.

Entered this 26th day of October, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

F:\Data\Spires\Pleadings\Ord.Pltf.Unop.Mot.wpd

This document entered on the docket sheet in compliance
with Rule 58 and/or Rule 79(a) FRCP on _10-26-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02343 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT